Hand-Delivered


FILED
CHARLOTTE, NC

MAR 04 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DOMINIQUE FLORES<br>Plaintiff,<br><br>v.<br><br>HUNTER WARFIELD INC.<br>Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) Case No. 3:24-cv-254-GCM<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff Dominique Flores an individual consumer, against Defendant, HUNTER WARFIELD INC. for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

1

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Union County, North Carolina, and the conduct complained of occurred in Union County, North Carolina.

## III. PARTIES

3. Plaintiff Dominique Flores (hereinafter as "Mr. Flores") is a natural person and a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant HUNTER WARFIELD INC. is a Florida corporation with its principal place of business located at 4620 Woodland Corp Blvd, Tampa, FL 33614

5. Defendant HUNTER WARFIELD INC. is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's. The alleged debt arose from a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

2

## IV. FACTS OF THE COMPLAINT

6. Defendant HUNTER WARFIELD INC. is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

7. In early November of 2023, Mr. Flores started receiving calls regarding a debt that HUNTER WARFIELD INC. was attempting to collect.

8. Leading up to December 21st, 2023. Mr. Flores had received about 10 calls from HUNTER WARFIELD INC. Giving him reason to belive they were calling him with the intention to harass Mr. Flores.

9. Also on December 21st, 2023 Plaintiff sent a letter stating "I refuse to pay the debt" pursuing to 15 U.S.C 1692c(c) certified mail with tracking number 70222410000253252629.

10. On or about January 8th, 2024 the Defendant received the written communication that Plaintiff "refused to pay the debt."

11. On or about February 24th, 2024 Mr. Flores received a call from HUNTER WARFIELD INC. attempting to collect on the same debt that Plaintiff wrote the "refusal to pay the debt" which was a violation of 15 U.S.C 1692c(c).

12. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendant in the form of anger,

3

anxiety, decreased ability to focus on task while at work, decreased FICO score, frustration, amongst other negative emotions.

## V. FIRST CLAIM FOR RELIEF
### (Defendant HUNTER WARFIELD INC.)
### 15 U.S.C. §1692c(c)

13. Mr. Flores re-alleges and reincorporates all previous paragraphs as if fully set out herein.

14. The Debt Collector violated the FDCPA.

15. The Debt Collector's violations include, but are not limited to, the following:

    The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

16. As a result of the above violations of the FDCPA, Defendant are liable to the Mr. Flores actual damages, statutory damages and cost.

4

## VI. FIRST CLAIM FOR RELIEF
### (Defendant HUNTER WARFIELD INC.)
### 15 U.S.C. §1692d(5)

17. Mr. Flores re-alleges and reincorporates all previous paragraphs as if fully set out herein.

18. The Debt Collector violated the FDCPA.

19. The Debt Collector's violations include, but are not limited to, the following:

    The Debt Collector violated 15 U.S.C § 1692d(5) by calling with the intent to harass or abuse.

20. As a result of the above violations of the FDCPA, Defendant are liable to the Mr. Flores actual damages, statutory damages and cost.

## VII. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mr. Flores respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

*/s/ Dominique Flores*

Dominique Flores

2310 Highway 205

Marshville, NC 28103

domflores19@post.com